**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BEVERLY DUNCAN, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 04-1647 (EGS) |
| v. | ) |
|  | ) |
| FRANCIS HARVEY, Secretary of the Army, | ) |
|  | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**            United States District Judge**
**            March 28, 2007**

1